IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA BUTLER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY.,<br><br>    Defendant. | No.C-13-571-EDL<br><br>**ORDER REGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff Sonya Butler has filed an application to proceed in forma pauperis. Her application is unclear in the following respects and must be amended before the Court can rule on the application: Section 1 requests information about Plaintiff's last employment and Section 10 requests information about whether the complaint raises claims that have been presented in other lawsuits. Plaintiff has not provided any response to these questions. Plaintiff shall file an amended application to proceed in forma pauperis providing all requested information by no later than February 28, 2013 so that the Court can make an informed ruling on her application.

**IT IS SO ORDERED.**

Dated: February 13, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge